UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| KELLY C. KIRKWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 6:11-210 |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| WARDEN R. IVES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

The involved judges having conferred and agreed, **IT IS ORDERED** that this action is **REASSIGNED** to Senior Judge Henry R. Wilhoit, Jr. for all further proceedings. It is further **ORDERED** that the Clerk of the Court shall send a copy of this Order to Plaintiff Kelly C. Kirkwood.

This the 25th day of August, 2011.

