**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

.

| | |
|---|---|
| KELLY C. KIRKWOOD | Civil Action No. 11-CV-210-HRW |
| PLAINTIFF | |
| v. | |
| P. POSTON, ET. AL. | |
| DEFENDANTS | |

.

**MOTION TO DISMISS**

Federal Defendants, Case Manager Coordinator Pam Poston, Correctional Systems

Officer Jeff Cornelius, Correctional Systems Officer Kermit Johnson, Correctional Systems

Officer Sheila Saylor, Correctional Systems Officer Katrina Williams,  and Correctional Systems

Officer Terry Doolin, move this Court pursuant to Federal Rule of Civil Procedure 12(b) for an

order of dismissal for failure to state a claim upon which relief can be granted or in the

alternative for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(c).  As

grounds for this motion, Defendants Poston, Saylor and Williams were out on annual leave at the

time of this incident; and Defendant Doolin was not performing duties in the mail room.

Plaintiff's claims against Defendants Johnson and Cornelius fail to state a cause of action under

the First, Fifth and Sixth Amendments; and these Defendants are entitled to qualified immunity.

Attached is a memorandum in support of Defendants' motion.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY


 /s/ Robin Gwinn_____
Robin Gwinn
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
 (859) 685-4863

2

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2012, I electronically filed the foregoing

with the clerk of the court by using the CM/ECF system. I further certify that I mailed the

foregoing document and the notice of electronic filing by first-class mail to the following non-

CM/ECF participant:

Kelly Chad Kirkwood
Reg. No. 09496-091
USP MCCREARY
U.S. PENITENTIARY
P.O. BOX 3000
PINE KNOT, KY  42635

on this the 5th day of March, 2012.

s/ Robin Gwinn_____
Robin Gwinn
Assistant United States Attorney