```
    LEXZ2   535.03 *              INMATE PROFILE              *      01-05-2012
 PAGE 001 OF 001                                                      14:49:10
                 09496-091            REG
 REGNO: 09496-091                  FUNCTION: PRT  DOB/AGE.: ███████████ / 33
 NAME.: KIRKWOOD, KELLY CHAD                      R/S/ETH.: W/M/O      WALSH: NO
 RSP..: MCR-MCCREARY USP                          MILEAGE.: 1089 MILES
 PHONE: ██████████         FAX: 606-354-7190
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE       FBI NO..: 622709FB9
 PROJ REL DATE..: 06-23-2034                      INS NO..:
 PAR ELIG DATE..: N/A                             SSN.....: ███████████
 PAR HEAR DATE..:                  PSYCH: NO      DETAINER: NO         CMC..: YES
 OFFN/CHG RMKS: PWITD METH, POSS FIREARM IN CRIME & BY FELON, POSS PROHIBITED
 OFFN/CHG RMKS: OBJECT; 384 MOS, 5 YRS SR   06CR084-13J/06CR165-2J/1:08CR87-001
         FACL CATEGORY    - - - - -  CURRENT ASSIGNMENT - - - - - -  EFF DATE   TIME
         MCR  ADM-REL     A-DES      DESIGNATED, AT ASSIGNED FACIL   03-19-2009 1701
         MCR  CARE LEVEL  CARE1      HEALTHY OR SIMPLE CHRONIC CARE  03-19-2009 0903
         MCR  CARE LEVEL  CARE1-MH   CARE1-MENTAL HEALTH             01-10-2011 1404
         MCR  COR COUNSL  5B(K-Q)    G. BROWN, EXT. 6523             10-26-2010 1159
         MCR  CASE MGT    PROG RPT   NEXT PROGRESS REPORT DUE DATE   02-17-2014 0929
         MCR  CASE MGT    RPP NEEDS  RELEASE PREP PGM NEEDS          06-27-2007 1608
         MCR  CASE MGT    V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394  06-27-2007 1608
         MCR  CASE MGT    V94 PV     V94 PAST VIOLENCE               06-27-2007 1608
         MCR  CASE MGT    WA NO HIST NO WALSH ACT OFFENSE HISTORY    03-13-2007 1416
         MCR  CASEWORKER  5B(K-Q)    REBECCA WOODS, EXT. 6511        10-26-2010 1159
         MCR  CUSTODY     IN         IN CUSTODY                      03-13-2007 1402
         MCR  DRUG PGMS   ED COMP    DRUG EDUCATION COMPLETE         11-29-2011 1600
         MCR  DESIG/SENT  SIERRA     TEAM SIERRA                     03-13-2007 1416
         MCR  EDUCATION   TYPING 9   TYPING CLASS                    01-25-2011 1340
         MCR  EDUC INFO   ESL HAS    ENGLISH PROFICIENT              07-02-2007 1958
         MCR  EDUC INFO   GED HAS    COMPLETED GED OR HS DIPLOMA     07-02-2007 1958
         MCR  FIN RESP    PART       FINANC RESP-PARTICIPATES        08-22-2007 1438
         MCR  LEVEL       HIGH       SECURITY CLASSIFICATION HIGH    03-13-2007 1413
         MCR  MED DY ST   REG DUTY   NO MEDICAL RESTR--REGULAR DUTY  06-26-2007 1125
         MCR  MED DY ST   YES F/S    CLEARED FOR FOOD SERVICE        03-19-2009 0931
         MCR  PGM REVIEW  FEB        FEBRUARY PROGRAM REVIEW         02-28-2012 1106
         MCR  QUARTERS    E04-232U   HOUSE E/RANGE 04/BED 232U       12-20-2010 0731
         MCR  RELIGION    PAGAN      PAGAN                           10-25-2007 1301
         MCR  UNIT        5B         B. MOULTON,(606)354-7276        10-26-2010 1159
         MCR  WAITNG LST  A&O CMPLTP A&O COMPLETE - USP              04-22-2009 1247
         MCR  WAITNG LST  CIM PEND   CIM PACKET PENDING              09-23-2011 1516
         MCR  WAITNG LST  4A         4A HOUSING MOVE                 09-17-2010 1046
         MCR  WRK DETAIL  ED PM      EDUCATION PM                    10-27-2010 0001




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
LEXZ2  531.01  *              INMATE HISTORY             *      01-05-2012
PAGE 001        *                ADM-REL                 *      14:49:57

REG NO..: 09496-091  NAME....: KIRKWOOD, KELLY CHAD
CATEGORY: ARS        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT   DESCRIPTION                    START DATE/TIME  STOP DATE/TIME
MCR    A-DES        DESIGNATED, AT ASSIGNED FACIL  03-19-2009 1701  CURRENT
I-T    RELEASE      RELEASED FROM IN-TRANSIT FACL  03-19-2009 1701  03-19-2009 1701
I-T    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 11-21-2008 0530  03-19-2009 1701
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  11-21-2008 0530  11-21-2008 0530
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 11-20-2008 0852  11-21-2008 0530
MCR    FED WRIT     RELEASE ON FEDERAL WRIT        11-20-2008 0852  03-19-2009 1701
MCR    A-DES        DESIGNATED, AT ASSIGNED FACIL  10-30-2008 1719  11-20-2008 0852
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  10-30-2008 1719  10-30-2008 1719
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 10-30-2008 0920  10-30-2008 1719
OKL    HLD REMOVE   HOLDOVER REMOVED               10-30-2008 0820  10-30-2008 0820
OKL    A-BOP HLD    HOLDOVER FOR INST TO INST TRF  09-30-2008 1700  10-30-2008 0820
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  09-30-2008 1800  09-30-2008 1800
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 09-30-2008 0825  09-30-2008 1800
HAZ    TRANSFER     TRANSFER                       09-30-2008 0825  09-30-2008 0825
HAZ    A-DES        DESIGNATED, AT ASSIGNED FACIL  06-26-2007 1644  09-30-2008 0825
A02    RELEASE      RELEASED FROM IN-TRANSIT FACL  06-26-2007 1644  06-26-2007 1644
A02    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 06-26-2007 0930  06-26-2007 1644
OKL    HLD REMOVE   HOLDOVER REMOVED               06-26-2007 0830  06-26-2007 0830
OKL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   06-20-2007 1655  06-26-2007 0830
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  06-20-2007 1755  06-20-2007 1755
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 06-20-2007 0944  06-20-2007 1755
ATL    HLD REMOVE   HOLDOVER REMOVED               06-20-2007 0944  06-20-2007 0944
ATL    A-BOP HLD    HOLDOVER FOR INST TO INST TRF  06-05-2007 1924  06-20-2007 0944
B02    RELEASE      RELEASED FROM IN-TRANSIT FACL  06-05-2007 1924  06-05-2007 1924
B02    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 06-05-2007 0603  06-05-2007 1924
ATL    HLD REMOVE   HOLDOVER REMOVED               06-05-2007 0603  06-05-2007 0603
ATL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   05-31-2007 1650  06-05-2007 0603
A02    RELEASE      RELEASED FROM IN-TRANSIT FACL  05-31-2007 1650  05-31-2007 1650
A02    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 05-31-2007 1130  05-31-2007 1650
OKL    HLD REMOVE   HOLDOVER REMOVED               05-31-2007 1030  05-31-2007 1030
OKL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   05-04-2007 1945  05-31-2007 1030
9-L    RELEASE      RELEASED FROM IN-TRANSIT FACL  05-04-2007 2045  05-04-2007 2045
9-L    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 03-13-2007 1518  05-04-2007 2045
DSC    ADMIN REL    ADMINISTRATIVE RELEASE         03-13-2007 1418  03-13-2007 1418
DSC    A-ADMIN      ADMINISTRATIVE ADMISSION       03-13-2007 1402  03-13-2007 1418
P07    RELEASE 03   RELEASED FROM IN-TRANSIT, MAR  03-13-2007 1502  03-13-2007 1502
P07    A-ADMIT 03   ADMITTED TO IN-TRANSIT, MAR    03-03-2007 0530  03-13-2007 1502
2-J    RELEASE      RELEASED FROM IN-TRANSIT FACL  03-03-2007 0530  03-03-2007 0530
2-J    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 11-03-2006 1438  03-03-2007 0530
CSL    ADMIN REL    ADMINISTRATIVE RELEASE         11-03-2006 1238  11-03-2006 1238
CSL    A-ADMIN      ADMINISTRATIVE ADMISSION       11-03-2006 1125  11-03-2006 1238




G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEXZ2   531.01 *              INMATE HISTORY              *       01-05-2012
PAGE 002 OF 002 *                   ADM-REL                   *         14:49:57

    REG NO..: 09496-091 NAME....: KIRKWOOD, KELLY CHAD
    CATEGORY: ARS          FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP  DATE/TIME
CSL    UNCOMT RMV UNCOMMITTED CASE REMOVED           11-02-2006 0748 11-03-2006 1125
CSL    A-UNCOMMIT UNCOMMITTED PERSON                 11-02-2006 0746 11-02-2006 0748




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
 LEXZ2   540*23  *           SENTENCE MONITORING          *    01-05-2012
 PAGE 001         *           COMPUTATION DATA             *    14:51:38
                                AS OF 01-05-2012

 REGNO..: 09496-091 NAME: KIRKWOOD, KELLY CHAD


 FBI NO............: 622709FB9              DATE OF BIRTH:  ███████
 ARS1..............: MCR/A-DES
 UNIT..............: 5B                     QUARTERS.....: E04-232U
 DETAINERS.........: NO                     NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 12-23-2033

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  06-23-2034 VIA GCT REL


 ----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

 COURT OF JURISDICTION............: WYOMING
 DOCKET NUMBER....................: 06CR084-013J
 JUDGE............................: JOHNSON
 DATE SENTENCED/PROBATION IMPOSED: 02-09-2007
 DATE COMMITTED...................: 06-26-2007
 HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
 NON-COMMITTED.:  $500.00         $00.00           $5,000.00       $00.00

 RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

 -------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  383
 OFF/CHG: 21:841(A)(1) AND (B)(1)(A) PWITD METHAMPHETAMINE(CT.1),
          21:856(A)(1) USING A RESIDENCE TO DISTRIBUTE METHAMPHETAMINE
          (CT.17), 18:1952(A)(2) AND 2 TRAVELING IN INTERSTATE COMMERCE
          TO COMMITT A CRIME OF VIOLENCE AND AIDING AND ABETTING(CT.24)

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   240 MONTHS
  TERM OF SUPERVISION.............:     5 YEARS
  DATE OF OFFENSE.................: 01-04-2006




 G0002          MORE PAGES TO FOLLOW . . .
```

```
   LEXZ2   540*23  *          SENTENCE MONITORING          *    01-05-2012
   PAGE 002        *           COMPUTATION DATA            *      14:51:38
                                AS OF 01-05-2012

   REGNO..: 09496-091 NAME: KIRKWOOD, KELLY CHAD


   -----------------------CURRENT OBLIGATION NO: 020 --------------------------
   OFFENSE CODE....:  136
   OFF/CHG: 18:922(G)(1) AND 924(A)(2) FELON IN POSSESSSION OF A FIREARM
            (CT.22)

    SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    120 MONTHS
    TERM OF SUPERVISION............:      3 YEARS
    RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER....: C/C TO 010-010
    DATE OF OFFENSE................: 03-19-2006

   -----------------------CURRENT OBLIGATION NO: 030 --------------------------
   OFFENSE CODE....:  130
   OFF/CHG: 18:924(C)(1)(A)(I) POSSESSING A FIREARM IN FURTHERANCE OF A
            DRUG TRAFFICKING CRIME(CT.3)

    SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:     10 YEARS
    TERM OF SUPERVISION............:      3 YEARS
    RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER....: C/S TO 010-010,020
    DATE OF OFFENSE................: 01-20-2006

   ----------------------CURRENT JUDGMENT/WARRANT NO: 020 ---------------------

   COURT OF JURISDICTION...........: VIRGINIA, WESTERN DISTRICT
   DOCKET NUMBER...................: 1:08CR00087-001
   JUDGE...........................: BAILEY
   DATE SENTENCED/PROBATION IMPOSED: 02-11-2009
   DATE COMMITTED..................: 03-19-2009
   HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
   NON-COMMITTED.: $100.00        $00.00           $00.00          $00.00

   RESTITUTION...: PROPERTY:  NO  SERVICES:  NO         AMOUNT:    $00.00




   G0002         MORE PAGES TO FOLLOW . . .
```

```
LEXZ2   540*23 *              SENTENCE MONITORING           *    01-05-2012
PAGE 003       *               COMPUTATION DATA             *    14:51:38
                               AS OF 01-05-2012

REGNO..: 09496-091 NAME: KIRKWOOD, KELLY CHAD


------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   114
OFF/CHG: 18:1791(A)(2) POSSESSING A PROHIBITED OBJECT (WEAPON)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO JW 010
 DATE OF OFFENSE................: 06-25-2008

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-02-2010 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-26-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030, 020 010

DATE COMPUTATION BEGAN..........: 02-09-2007
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    10 YEARS     264 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    32 YEARS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 01-04-2006

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       03-18-2006     02-08-2007




G0002         MORE PAGES TO FOLLOW . . .
```

```
 LEXZ2   540*23  *           SENTENCE MONITORING          *      01-05-2012
PAGE 004 OF 004  *            COMPUTATION DATA            *       14:51:38
                              AS OF 01-05-2012

REGNO..: 09496-091 NAME: KIRKWOOD, KELLY CHAD


TOTAL PRIOR CREDIT TIME.........: 328
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1363
TOTAL GCT EARNED................: 107
STATUTORY RELEASE DATE PROJECTED: 06-23-2034
EXPIRATION FULL TERM DATE.......: 03-17-2038


PROJECTED SATISFACTION DATE.....: 06-23-2034
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 01-18-08 GCT DIS #1667884. CA/S
                05-05-08 GCT DIS/FFT #1698588. CA/S
                07-13-09 GCT DIS (1737281)....EM/S
                07-02-10 GCT DIS (2030919)   S/RGM










S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```