

SHIPPING ASSISTANT - LABEL TOTAL: $4.90

**USPS PRIORITY MAIL ®**

SHIP TO:
KELLY KIRKWOOD
REG # 09496-091
USP MCCREARY
PO BOX 3000
PINE KNOT KY 42635-3000

SHIP DATE: 12/15/2010
WEIGHT: 1 lb, 0 oz
Flat Rate Envelope

FROM: HENRY E. MARINES
LAW OFFICES OF HENRY E. MARINES
6501 SW 124TH AVE STE 204A
MIAMI FL 33183-4633

**LEGAL MAIL OPEN IN INMAT PRESENCE ON**

**RECEIVED IN DAMAGED CONDITION**

UNITED STATES POSTAGE
$004.90

ZIP - e/ USPS DELIVERY CONFIRM

Electronic Rate Approved # 969010386

420 42635 9101 9690 1038 3127 6977 41

---

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Affix Priority Mail service postage. There is no extra fee for Delivery Confirmation service.

5. Stamped packages weighing 13 ounces or more may not be placed in Postal Service collection boxes. For information on pickup options, go to the Pickup page on www.usps.com.

6. Each shipping label number is unique and can be used only once – DO NOT PHOTOCOPY.

7. Please use this shipping label on the "ship date" selected when you requested the label.

## Online e-Label Record

Delivery Confirmation™ Service Number:
**9101 9690 1038 3127 6977 41**
Priority Mail® with electronic option
Delivery Confirmation service*
Print Date: 12/15/10        Ship Date: 12/15/10
Electronic Option Delivery Confirmation Service Fee: 0.00

From: HENRY E. MARINES
LAW OFFICES OF HENRY E. MARINES
6501 SW 124TH AVE STE 204A
MIAMI FL 33183-4633

To: KELLY KIRKWOOD
REG # 09496-091
USP MCCREARY
PO BOX 3000
PINE KNOT KY 42635-3000

*Regular Priority Mail Service postage rates apply. There is no fee for Delivery Confirmation service on Priority Mail service with use of this electronic option shipping label. Delivery information is not available by phone for the electronic option.

**UNITED STATES POSTAL SERVICE**   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the Track & Confirm page at www.usps.com*

